HARRY GAINES v. THE STATE.

No. 6283.     Decided June 8, 1921.

**Murder—Escape—Practice on Appeal.**

Where it was shown on appeal from a conviction of murder, by proper affidavit of the officers, that the appellant had made his escape and had not returned to custody, the appeal will be dismissed.

Appeal from the District Court of Stephens.   Tried below before the Honorable W. R. Ely.

Appeal from a conviction of murder; penalty, five years' imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. H. Hamilton,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—Conviction is for murder; punishment fixed at confinement in the penitentiary for a period of five years.

Charging that the appellant has made his escape and has not returned to custody, the Assistant Attorney General moves that the appeal be dismissed.  Accompanying the motion are affidavits of the Sheriff of Stephens County, in which the fact charged is made to appear.

In accord with the statute, Article 912 of the Penal Code, the appeal is dismissed.

*Dismissed.*